1
2
3
4
5
6            IN THE UNITED STATES DISTRICT COURT

7
8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    MRS. LOUIS T. RECHT,

10            Plaintiff,                          No. C 07-04411 JSW

11    v.                                          **SUA SPONTE JUDICIAL
                                                  REFERRAL FOR PURPOSES OF**
12    JAMES A. MARTIN DO, et al.                  **DETERMINING RELATIONSHIP
                                                  OF CASES 07-4411 and 06-4919**
13            Defendants.

14    _____/

15            On August 27, 2007, Plaintiff Mrs. Louis T. Recht, filed a complaint and an application

16    to proceed *in forma pauperis*.  Pursuant to Civil Local Rule 3-12(c), the Court ORDERS that

17    the above-captioned case is referred to Judge Maxine M. Chesney to determine whether it is

18    related to C-06-4919 *Mrs. Louis T. Recht v. United States*.

19            **IT IS SO ORDERED.**

20
21    Dated:  September 19, 2007

22                                                JEFFREY S. WHITE
                                                  UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28

United States District Court
For the Northern District of California

<div style="margin-left: 2em; writing-mode: vertical-rl;">**United States District Court**
For the Northern District of California</div>

1   UNITED STATES DISTRICT COURT

2   FOR THE

3   NORTHERN DISTRICT OF CALIFORNIA

4

5

6   MRS.LOUIS T. RECHT,                    Case Number: CV07-04411 JSW

            Plaintiff,

7                                          **CERTIFICATE OF SERVICE**

8      v.

9   JAMES A. MARTIN DO et al,

            Defendant.

10   _____/

11

12  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.
    District Court, Northern District of California.

13  That on September 19, 2007, I SERVED a true and correct copy(ies) of the attached, by
    placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter
14  listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an
    inter-office delivery receptacle located in the Clerk's office.

15

16

17  Louis T. Recht
    General Delivery
18  Seattle, WA 98107

19  Dated: September 19, 2007

                                           *Jennifer Ottolini*
20                                         Richard W. Wieking, Clerk
                                           By: Jennifer Ottolini, Deputy Clerk

21

22

23

24

25

26

27

28