IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MRS. LOUIS T. RECHT,<br><br>    Plaintiff,<br><br>  v.<br><br>DR. MARTIN DO, DR. GRISWOLD DO, and DR. GULICK DO,<br><br>    Defendants | No. C-07-4411 MMC<br><br>**ORDER DISMISSING COMPLAINT; DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

    Before the Court is plaintiff's application to proceed in forma pauperis and her complaint against defendants, both of which were filed August 27, 2007.

    Pursuant to 28 U.S.C. § 1915(e), where a plaintiff seeks to proceed in forma pauperis, the Court must dismiss the complaint if the Court determines that the complaint is frivolous or malicious, or that the plaintiff has failed to state a claim upon which relief can be granted.  See 28 U.S.C. § 1915(e)(2)(B)(i), (ii).

    Here, plaintiff's complaint falls directly within the category of pleadings identified in § 1915(e)(2)(B)(i) and (ii).  Plaintiff alleges she has been held hostage "since birth" by individuals not named as defendants along with "canables and bank robberies and mobsters and molesters and criminals in the prisions."  Plaintiff also asserts "the Pope Is Posssed with alienation of a trolls inside of another forte Three Skull fractures and Gas Skum Conceence of another inserted that was decapitated in Scottland the Black Heart

1  worn male and Female sticking out the mouth with eye holding hostage for cylbles
2  personalities and Rosemarries possed mother and Government practing Nexum." The
3  complaint continues in a similar manner for approximately 109 pages, including
4  attachments, without setting forth a viable claim against any defendant, and there is no
5  indication plaintiff can cure the deficiencies in her complaint.
6       Accordingly, plaintiff's complaint is hereby DISMISSED, pursuant to 28 U.S.C.
7  § 1915(e)(2)(B), and plaintiff's application to proceed in forma pauperis is hereby DENIED
8  as moot.
9       The Clerk shall close the file.
10      **IT IS SO ORDERED.**

Dated: September 24, 2007

_____
MAXINE M. CHESNEY
United States District Judge